UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| Dick's Sporting Goods, Inc., d/b/a <br> Dick's Sporting Goods, Inc. #375 <br><br> Petitioner, <br><br> v. <br><br> Kevin Boydston, Director of Industry <br> Operations, Bureau of Alcohol, <br> Tobacco, Firearms and Explosives, <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 2:14-cv-02360-JPM |

## MOTION FOR SUMMARY JUDGMENT

Kevin Boydston, Director, Industry Operations ("DIO"), Nashville Field Division, Bureau of Alcohol, Tobacco, Firearms and Explosives (the "ATF"), Respondent herein, hereby moves for summary judgment on the grounds that there is no genuine issue as to any material fact and Respondent is entitled to judgment in his favor as a matter of law.

This motion is based on the attached memorandum of law, and the administrative record filed in this case.

                                              Respectfully submitted,

                                              EDWARD L. STANTON, III
                                              United States Attorney

                          By:    /s/ David Brackstone
                                  David Brackstone (TN BPR# 27989)
                                  Assistant United States Attorney
                                  United States Attorney's Office
                                  800 Federal Building
                                  167 North Main Street
                                  Memphis, Tennessee 38103
                                  (901) 544-4231 telephone
                                  (901) 544-4230 facsimile

CERTIFICATE OF SERVICE

   I hereby certify that a true and correct copy of the foregoing was served on this 10th day of July, 2014, via the Court's ECF system on Thomas L. Parker, John F. Gibbons, and Jane B. McCullough, counsel for Petitioner.

                     /s/ David Brackstone